IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| APEX MORTGAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL L. FLEURY, DONALD E. | ) | Formerly |
| MICHAELSON and JULIA P. | ) | Civil No. 04-0270-A |
| MICHAELSON, INDIVIDUALLY and | ) | Worcester Co. Sup. Ct. |
| as TRUSTEES OF DJD REALTY TRUST, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF INTERNAL REVENUE, | ) | |
| and TOWN OF MILFORD COLLECTOR OF | ) | |
| TAXES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America has been named as a defendant to the civil action affecting property on which the United States has a lien that is now pending in the Commonwealth of Massachusetts Superior Court for Worcester County, entitled <u>Apex Mortgage Corp. v. Fleury, et al.</u>, Civil Action No. 04-0270-A.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

- 2 -

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) and 28 U.S.C. §2410(b).

5. Copies of all pleadings received by the defendant United States in this proceeding are attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

__April 27__ . __2004__

/s/ Barbara Healy Smith
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

/s/ Lydia D. Bottome
LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 04-0270A

APEX MORTGAGE CORP.

)
)
)
)
Plaintiff (s) )
)        SUMMONS
V. )
)
DANIEL L. FLEURY, et al )
)
Defendant (s) )

RECEIVED
U.S. ATTORNEY
04 MAR 31 PM 3: 22

* To the above-named Defendant: United States of America, Department of the Internal Revenue Service

You are hereby summoned and required to serve upon Arnold E. Cohen ..........................., plaintiff's attorney, whose address is 40 Soldiers Field Place, Boston, MA 02135............ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the 10th................ day of February.............................in the year of our Lord two thousand and .........2004..... .

*signature*
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

| CIVIL ACTION COVER SHEET | | Superior Court Department County: WORCESTER |
|---|---|---|
| **PLAINTIFF(S)** Apex Mortgage Corp. | | **DEFENDANT(S)** See below ** |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Arnold E. Cohen, Bass, Doherty & Finks, P.C. 40 Soldiers Field Pl., Boston, Ma 02135 (617) 787-5551 Board of Bar Overseers number: 088480 | | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D99 | Interpleader | ( F ) | ( ) Yes ( X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .................................................. $ ..........
2. Total Doctor expenses ................................................... $ ..........
3. Total chiropractic expenses ............................................. $ ..........
4. Total physical therapy expenses ......................................... $ ..........
5. Total other expenses (describe) ......................................... $ ..........
   Subtotal $ ..........
B. Documented lost wages and compensation to date ............................ $ ..........
C. Documented property damages to date ...................................... $ ..........
D. Reasonably anticipated future medical and hospital expenses ............... $ ..........
E. Reasonably anticipated lost wages ........................................ $ ..........
F. Other documented items of damages (describe)
   $ ..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
** Daniel A. Fleury, Donald E. Michaelson and Julia P. Michaelson, Individually and as Trustees of DJD Realty Trust, United States of America, Department of the Internal Revenue Service and Town of Milford Collector of Taxes $ ..........
   **TOTAL $ ..........**

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): This is an interpleader action pursuant to G.L.c.214, §1 and c.183, §27 in connection with surplus proceeds of a mortgage foreclosure sale.

**TOTAL $. ..........**

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: February 9, 2004

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## Commonwealth of Massachusetts
### County of Worcester
### The Superior Court

CIVIL DOCKET # WOCV2004-00270-A

RE:  Apex Mortgage Corp v Fleury Individually et al

TO: Arnold E Cohen, Esquire
Bass Doherty & Finks
40 Soldiers Field Place
Boston, MA 02135-1104

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 05/10/2004 |
| Response to the complaint filed (also see MRCP 12) | 07/09/2004 |
| All motions under MRCP 12, 19, and 20 filed | 07/09/2004 |
| All motions under MRCP 15 filed | 07/09/2004 |
| All discovery requests and depositions completed | 12/06/2004 |
| All motions under MRCP 56 served and heard | 01/05/2005 |
| Final pre-trial conference held and/or firm trial date set | 02/04/2005 |
| Case disposed | 04/05/2005 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "A" sitting in **Rm 12 (Session A)  Worcester Superior Court.**

Dated: 02/11/2004

Francis A. Ford
Clerk of the Court

BY: Joanne C. Herring
Assistant Clerk

Location: Rm 12 (Session A)
Telephone: 508-770-1899, Ext. 181 or Ext. 121 (Session Clerk)

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic
1000412 inidoc01 rodrigue

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                         SUPERIOR COURT
                                                       CIVIL NO.

APEX MORTGAGE CORP.,

    Plaintiff

vs.

DANIEL L. FLEURY, DONALD
E. MICHAELSON, and JULIA
P. MICHAELSON,
Individually and as
TRUSTEES OF DJD REALTY
TRUST, UNITED STATES OF
AMERICA, DEPARTMENT OF
THE INTERNAL REVENUE
SERVICE and TOWN OF
MILFORD COLLECTOR OF
TAXES

    Defendants

RECEIVED
U.S. ATTORNEY
04 MAR 31 PM 3: 12

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

### PARTIES

1. The plaintiff Apex Mortgage Corp. ("Apex") is a Pennsylvania corporation with a usual place of business at 185 Commerce Drive, Fort Washington, Pennsylvania.

2. The defendant Daniel Fleury is a Trustee of DJD Realty Trust, and resides at 82 Blackstone Street, Mendon, Worcester County, Massachusetts.

3. The defendant Donald E. Michaelson is a Trustee of DJD Realty Trust, and resides at 9 Fordham Drive, Milford, Worcester County, Massachusetts.

4. The defendant Julia P. Michaelson is a Trustee of DJD Realty Trust, and resides at 9 Fordham Drive, Milford, Worcester County, Massachusetts.

5. The defendant United States of America, Department of Internal Revenue Service, has a usual place of business at 25 New Sudbury Street, Boston, Massachusetts.

6. The defendant Town of Mendon Collector of Taxes has offices at 20 Main Street, Mendon, Massachusetts.

## FACTS

7. Apex, at all times relevant hereto was holder of a Mortgage Deed and Security Agreement ("Mortgage") encumbering real property located at 44 Green Street, Milford, Massachusetts (the "Locus") by virtue of the granting of same by defendants Daniel J. Fleury, Donald E. Michaelson and Julia P. Michaelson, Trustees of DJD Realty Trust to Milford National Bank and Trust Company ("MNB"). Apex is successor in interest to MNB by virtue of an

2

Assignment dated March 8, 2001, recorded in Worcester District Registry of Deeds, Book 23698, Page 336. (All future title references will be to said Registry of Deeds). Said Mortgage was dated March 8, 1994 and was recorded in Book 16112, Page 142.

8. Apex was the holder of said interest as the first mortgagee.

9. On or about October 15, 2003, Apex foreclosed on said Mortgage and sold the Locus by exercising the Power of Sale contained therein. The gross proceeds from the foreclosure sale conducted at the Locus by public auction totaled $420,000, which sum was bid by Milford Green LLC, pursuant to terms announced at the sale.

10. The defendant United States of America, Department of Internal Revenue Service has recorded Notices of Federal Tax Liens, dated August 13, 1996, August 11, 1998, November 8, 1999 and August 15, 2003, recorded at said Deeds at Book 18184, Page 73, Book 20298, Page 27, Book 22039, Page 236, and Book 31243, Page 11, respectively.

11. The Tax Assessor of the Town of Milford potentially has liens for unpaid taxes with respect to the Locus.

3

12. After crediting itself with all proper charges, expenses of foreclosure and payments of the balance due Plaintiff as foreclosing mortgagee. Apex now holds in its possession surplus funds in the amount of $19,495.81 and has no personal interest in said funds.

13. By reason of conflicting interests of the Defendants named herein, Apex is in doubt as to which of said Defendants are entitled to said foreclosure surplus proceeds and in what amounts.

PRAYERS FOR RELIEF

WHEREFORE, Apex respectfully requests that this Court enter judgment as follows: (1) that the Plaintiff be authorized and directed to pay into the Court the sum of $19,495.81, less its reasonable Attorney's fees, expenses and costs incurred in bringing this Interpleader Complaint; (2) that the Defendants be ordered to interplead and litigate among themselves their rights or claims to said foreclosure surplus deposited into the Court; (3) that a Judgment be entered discharging Apex from all liability to anyone on account of said foreclosure surplus proceeds as deposited into the Court; (4) that Apex be awarded its costs and reasonable Attorney's fees in bringing this

4

Interpleader action and deduct same from the foreclosure proceeds; and (5) such further relief as it deems just and appropriate.

Dated: February 9, 2004                Apex Mortgage Corp.

                                       By its attorney,

                                       /s/ Arnold E. Cohen
                                       Arnold E. Cohen
                                       Bass, Doherty & Finks, P.C.
                                       40 Soldiers Field Place
                                       Boston, MA 02135-1104
                                       Tel: (617) 787-5551
                                       BBO # 088480

AEC\ml

Apex/complaint020604.ml.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C   LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Apex Mortgage v. Daniel Fleury, et al.__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___   I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,            *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.               for patent, trademark or copyright cases

    ___   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

    _X_   IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

    ___   V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

    YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

    YES ☐    NO ☒

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

    YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

    YES ☐    NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

    YES ☒    NO ☐

    A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

         EASTERN DIVISION ☐    CENTRAL DIVISION ☒    WESTERN DIVISION ☐

    B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

         EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   __Lydia Bottome, Trial Attorney, Tax Division, U.S. Dept. of Justice__
ADDRESS           __55 Ben Franklin Station, Washington, D.C. 20044__
TELEPHONE NO.     __202-307-6560__

(AppendixC.wpd - 11/27/00)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**APPENDIX B  CIVIL COVER SHEET**

**(a) PLAINTIFFS**
Apex Mortgage

**DEFENDANTS**
Daniel Fleury, et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Arnold Cohen
Bass Doherty & Finks
40 Soldiers Field Place, Boston, MA 02135

Attorneys (If Known)
Lydia D. Bottome, Trial Attorney, Tax Div.
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station, Wash. DC 20044

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☒ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☒ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Sec. 2410

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD
Lydia D. Bottome    4/26/04

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUN _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____