IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| APEX MORTGAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL L. FLEURY, DONALD E. | ) | |
| MICHAELSON and JULIA P. | ) | |
| MICHAELSON, INDIVIDUALLY and | ) | |
| as TRUSTEES OF DJD REALTY TRUST, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF INTERNAL REVENUE, | ) | |
| and TOWN OF MILFORD COLLECTOR OF | ) | |
| TAXES, | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia D. Bottome, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

Respectfully submitted,

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

April 27, 2004

*Barbara Healy Smith*

United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*Lydia D. Bottome*

LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560