IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL L. FLEURY, DONALD E. ) <br> MICHAELSON and JULIA P. ) <br> MICHAELSON, INDIVIDUALLY and ) <br> as TRUSTEES OF DJD REALTY TRUST, ) <br> UNITED STATES OF AMERICA, ) <br> DEPARTMENT OF INTERNAL REVENUE, ) <br> and TOWN OF MILFORD COLLECTOR OF ) <br> TAXES, ) <br> ) <br> Defendants. ) | Civil No. _____ |

## UNITED STATES' ANSWER

The United States, by its undersigned counsel, answers as follows:

1. *The plaintiff Apex Mortgage Corp. ("Apex") is a Pennsylvania corporation with a usual place of business at 185 Commerce Drive, Fort Washington, Pennsylvania.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the complaint.

2. *The Defendant Daniel Fleury is a Trustee of the DJD Realty Trust, and resides at 82 Blackstone Street, Mendon, Worcester County, Massachusetts.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the complaint.

3. *The defendant Donald E. Michaelson is Trustee of DJD Realty Trust, and resides at 9 Fordham Drive, Milford, Worcester County, Massachusetts.*

RESPONSE: The United States admits that Donald E. Michaelson resides at 9 Fordham

Drive in Milford, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3 of the complaint.

4. *The defendant Julia P. Michaelson is a Trustee of the DJD Realty Trust, and resides at 9 Fordham Ave., Milford, Worcester County, Massachusetts.*

RESPONSE: The United States admits that Julia P. Michaelson resides at 9 Fordham Drive in Milford, but is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the complaint.

5. *The defendant United States of America, Department of Internal Revenue Service, has a usual place of business at 25 New Sudbury Street, Boston, Massachusetts.*

RESPONSE: The United States admits that there are federal offices located at 25 New Sudbury Street, Boston, Massachusetts.

6. *The defendant Town of Mendon Collector of Taxes has offices at 20 Main Street, Mendon, Massachusetts.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the complaint.

7. *Apex, at all times relevant hereto was holder of a Mortgage Deed and Security Agreement ("Mortgage") encumbering real property located at 44 Green Street, Milford, Massachusetts (the "Locus") by virtue of the granting of same by defendants Daniel J. Fleury, Donald E. Michaelson, and Julia P. Michaelson, Trustees of DJD Realty Trust to Milford National Bank and Trust Company ("MNB"). Apex is successor in interest to MNB by virtue of an Assignment dated March 8, 2001, recorded in Worcester District Registry of Deeds, Book 23698, Page 336. (All future title references will be to said Registry of Deeds). Said Mortgage was dated March 8, 1994 and was recorded in Book 16112, Page 142.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint.

8.   *Apex was the holder of said interest as the first mortgagee.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the complaint.

9.   *On or about October 15, 2003, Apex foreclosed on said Mortgage and sold the Locus by exercising the Power of Sale contained therein. The gross proceeds from the foreclosure sale conducted at the Locus by public auction totaled $420,000.00, which sum was bid by Milford Green LLC, pursuant to the terms of the sale.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the complaint.

10.  *The defendant United States of America, Department of Internal Revenue Service has recorded Notices of Federal Tax Liens, dated August 13, 1996, August 11, 1998, November 8, 1999, and August 15, 2003, recorded at said Deeds at Book 18184, Page 73, Book 20298, Page 27, Book 22039, Page 236, and Book 31243, Page 11, respectively.*

RESPONSE: The United States admits the allegations contained in paragraph 10 of the complaint.

11.  *The Tax Assessor of the Town of Milford potentially has liens for unpaid taxes with respect to the Locus.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the complaint.

12.  *After crediting itself with all proper charges, expenses of foreclosure and payments of the balance due Plaintiff as foreclosing mortgagee. [sic] Apex now holds in its*

*possession surplus funds in the amount of $19,495.81 and has no personal interest in said funds.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint.

13. *By reason of conflicting interests of the Defendants named herein, Apex is in doubt as to which of said Defendants are entitled to said foreclosure surplus proceeds and in what amounts.*

RESPONSE: The United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint.

WHEREFORE, the United States prays that this Court determine that the United States has priority to the funds at issue in this proceeding to the extent of its federal tax liens, and award the United States such other costs and further relief as this Court deems appropriate.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

_April 27, 2004_

*[signature]*

BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*[signature]*

LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov