UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



FILED
CLERKS OFFICE
2004 JUN 14 P 2: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| APEX MORTGAGE CORP.,<br><br>    Plaintiff<br><br>vs.<br><br>DANIEL L. FLEURY, DONALD E. MICHAELSON, and JULIA P. MICHAELSON, Individually and as TRUSTEES OF DJD REALTY TRUST, UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERNAL REVENUE SERVICE and TOWN OF MILFORD COLLECTOR OF TAXES<br><br>    Defendants | DOCKET NO.<br>04CV40060NMG |

## PLAINTIFF'S MOTION TO DEPOSIT SURPLUS FUNDS INTO COURT AND WITHDRAW

Now comes the Plaintiff, Apex Mortgage Corp. ("Apex"), and moves pursuant to Fed.R.Civ.P.67 and Local Rule 67.4 to deposit into Court the surplus funds referred to in the Complaint minus attorney's fees and costs it has incurred in connection with the filing and prosecution of this interpleader action.

As grounds therefore, Apex states:

1. After defendants Daniel L. Fleury, Donald E. Michaelson and Julia P. Michaelson, Trustees of the DJD

Realty Trust, defaulted on a mortgage held by Apex, Apex foreclosed on the mortgage. The proceeds of the sale exceeded the balance due on the mortgage. Apex, uncertain as to the rights of the defendants in this action to the surplus, brought this interpleader action in the Worcester Superior Court. The defendant Internal Revenue Service removed the case to this Court.

2. Apex has no right, title or interest to the net surplus funds.

3. Defendant, Daniel Fleury (individually and as Trustee of the DJD Realty Trust) has been served but has not filed an answer.

4. Defendant, Donald E. Michaelson and Julia P. Michaelson (individually and as Trustees of the DJD Realty Trust) have filed an answer.

5. Defendant, United States of America, Department of Internal Revenue Service has filed an answer.

6. Defendant, Town of Milford Collector of Taxes has not filed an answer. The Town has disclaimed any interest in the subject surplus (See Exhibit A attached hereto).

7. Apex currently holds the sum of $19,495.81, in surplus funds in an escrow account. Apex requests the Court's approval to retain the sum of $2,382.89 to cover its costs and attorney's fees incurred in connection with

this interpleader action. This fee is subject to increase if any additional pleadings are filed or if an appearance is required on this motion (See Exhibit "A" attached hereto.)

WHEREFORE, Apex Mortgage Corp. respectfully requests this Court allow its Motion to Deposit Surplus Funds in the amount of $19,495.81 less attorney's fees and costs in the amount of $2,382.89 into this Honorable Court and thereby be discharged from all further liabilities as to the Defendants.

Apex Mortgage Corp.

By its attorney

Dated: 6/11/04

Arnold E. Cohen
Bass, Doherty & Finks, P.C.
40 Soldiers Field Place
Boston, MA 02135-1104
Tel: (617) 787-5551
BBO # 088480

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail / hand on _____

CERTIFICATION UNDER LOCAL RULE 7.1(A)2

    I, Arnold E. Cohen, Attorney for the plaintiff, hereby certify that in June 7, 2004, I conferred with Assistant U.S. Attorney Barbara Healy Smith, counsel for defendant Internal Revenue Service and Pro Se defendant Donald E. Michaelson, each of whom expressed no position with respect to the above motion.

Dated: 6/11/04

Arnold E. Cohen
Attorney for the Plaintiff
Bass, Doherty & Finks, P.C.
40 Soldiers Field Place
Boston, MA 02135-1104
Tel: (617) 787-5551
BBO # 088480

AEC\ml

Apex/motion060704.ml.doc

EXHIBIT A

**TOWN OF MILFORD, MASSACHUSETTS**
**LEGAL DEPARTMENT**
TOWN HALL
52 MAIN STREET
MILFORD, MASSACHUSETTS 01757-2622

(508) 634-2302
FAX (508) 634-2324

GERALD M. MOODY
TOWN COUNSEL

April 1, 2004

Arnold E. Cohen, Esq.
Bass, Doherty & Finks, P.C.
40 Soldiers Field Place
Boston, MA 02135-1104

RE: APEX MORTGAGE CORP. VS. DANIEL L. FLEURY, ET AL
WORCESTER SUPERIOR COURT NO. 04-0270A

Dear Mr. Cohen:

The Town of Milford has been served with the Summons in the above matter. To the best of my knowledge the Town of Milford has no claim on the $19,495.81 put at issue by your Complaint.

As you know, the property had been in Tax Title but was redeemed, presumably after your client's foreclosure. The only taxes now outstanding are the last two payments and the property is not in Tax Title. The Town's lien for the outstanding taxes continues on no matter what the disposition of the money at issue in your case. Because of the foregoing I will not be filing an Answer or appearing in the matter on behalf of the Milford Tax Collector.

If you have any questions please don't hesitate to call.

Very truly yours,

Gerald M. Moody
Town Counsel

GMM/jlg