UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP.,<br><br>    Plaintiff<br><br>vs.<br><br>DANIEL L. FLEURY, DONALD E. MICHAELSON, and JULIA P. MICHAELSON, Individually and as TRUSTEES OF DJD REALTY TRUST, UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERNAL REVENUE SERVICE and TOWN OF MILFORD COLLECTOR OF TAXES<br><br>    Defendants | DOCKET NO.<br>04CV40060NMG |

## AFFIDAVIT OF ATTORNEY'S FEES AND COSTS

I, Arnold E. Cohen, being sworn under oath, do hereby depose and state:

   1. I am counsel for the Plaintiff, Apex Mortgage Corp.;

   2. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am a member of the firm of Bass, Doherty & Finks, P.C. I submit this affidavit in support of the request for attorney's fees and costs in connection with the above-entitled interpleader complaint;

3. The Plaintiff's fees to date for prosecution of this Interpleader action are $2,382.09 including costs for filing fees, and service of summons. See Exhibit A attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11 day of June, 2004.

_____
Arnold E. Cohen

AEC\ml

Apex/affidavit060704.ml.doc

**EXHIBIT A**

Bass, Doherty & Finks, P.C.

40 Soldiers Field Place
Boston, Massachusetts 02135-1104
Tel: 617-787-5551  Fax: 617-787-4963

Federal I.D. Number: 04-2752834

Apex Mortgage Corporation
c/o Steven A. Ross, Esq.
Gilmartin, Magence, Camiel & Ross
376 Boylston Street
Boston, MA 02116

Page: 1
June 11, 2004
ACCOUNT NO: 2622-0000M

Vs. Daniel L. Fleury, et al

|  | Rate | Hours |  |
|---|---|---|---|
| 2/6/04 AEC prepare complaint; e-mail to S. Ross; telephone conference with P. Michaelson; research. | 225.00 | 2.20 | 495.00 |
| 2/9/04 AEC prepare complaint; cover sheet, letter to court clerk; check title on-line | 225.00 | 0.80 | 180.00 |
| 2/17/04 AEC letter to sheriff; prepare summaries | 225.00 | 0.40 | 90.00 |
| 2/24/04 AEC letter to court clerk | 225.00 | 0.20 | 45.00 |
| 3/30/04 AEC telephone conference with and letter to J. Carroll, IRS; prepare summons- IRS | 225.00 | 0.50 | 112.50 |
| 3/31/04 AEC telephone conference with J. Carroll, IRS | 225.00 | 0.20 | 45.00 |
| 4/9/04 AEC telephone conference with and fax to J. Carroll, IRS | 225.00 | 0.40 | 90.00 |
| 4/14/04 AEC E-mail to S. Ross | 225.00 | 0.20 | 45.00 |

3

Apex Mortgage Corporation
c/o Steven A. Ross, Esq.
Gilmartin, Magence, Camiel & Ross
376 Boylston Street
Boston, MA 02116

Page: 2
June 11, 2004
ACCOUNT NO: 2622-0000M

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 4/15/04 | AEC Telephone conference with and fax to J. Carroll, IRS | 225.00 | 0.30 | 67.50 |
| 4/21/04 | AEC telephone conference with and fax to J. Carroll; telephone conference with and fax to Attorney Reale. | 225.00 | 0.50 | 112.50 |
| 4/22/04 | AEC telephone conference with J. Carroll; letter to court clerk; prepare return of service | 225.00 | 0.80 | 180.00 |
| 4/28/04 | AEC telephone conference with J. Carroll. | 225.00 | 0.30 | 67.50 |
| 6/7/04 | AEC- Telephone conferences with Barbara Healy Smith and Donald Michaelson, Draft Motion to Deposit Surplus Funds Into Court | 225.00 | 1.40 | 315.00 |
| 6/11/04 | AEC-Draft correspondence to Court Clerk | 225.00 | .10 | 22.50 |

FOR CURRENT SERVICES RENDERED   8.30   1867.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| ARNOLD E. COHEN | 8.30 | $225.00 | $1867.50 |

| | |
|---|---|
| 2/9/04 Filing fee & summonses Worcester Superior Court | 300.00 |
| 2/25/04 Worcester County Sheriff's Office- Summons & complaint | 210.14 |
| 3/25/04 Postage | 5.25 |
| TOTAL EXPENSES | 515.39 |
| TOTAL CURRENT WORK | 2382.89 |
| BALANCE DUE | 2382.89 |