IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | Civil No. 04-cv-40060-FDS |
| ) | |
| v. ) | |
| ) | |
| DANIEL L. FLEURY, DONALD E. ) | |
| MICHAELSON and JULIA P. ) | |
| MICHAELSON, INDIVIDUALLY and ) | |
| as TRUSTEES OF DJD REALTY TRUST, ) | |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF INTERNAL REVENUE, ) | |
| and TOWN OF MILFORD COLLECTOR OF ) | |
| TAXES, ) | |
| ) | |
| Defendants. ) | |

### UNITED STATES' LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO DEPOSIT NET FUNDS WITH COURT AFTER PAYMENT OF PLAINTIFF'S FEES AND COSTS

The United States interposes this limited objection to plaintiff's motion to deposit funds. This opposition is limited to that portion of plaintiff's motion which seeks to withhold from deposit the fees and costs incurred by the plaintiff in this interpleader action. As grounds for its opposition, the United States asserts that the motion is premature and should be denied until such time as the Court can determine whether payment to the plaintiff would infringe upon the claims of the United States.

The instant action is an interpleader of surplus funds totaling $19,495.81 generated from the sale of real property located at 44 Green Street, Milford, Massachusetts. The realty was held by the DJD Realty Trust. The United States

and Daniel J. Fleury, Donald E. Michaelson, and Julia D. Michaelson, as the Trustees of the DJD Realty Trust are named as defendants which may claim all, or part, of the surplus.[1]  To date, no discovery has been taken and no determination has been made as to entitlement to these funds.

The United States opposes plaintiff's attempt to recover its fees and costs at this time, prior to a determination of the priorities of the several claimants.  It is well settled that when interplead funds are fully encumbered by a federal tax lien, no part of the funds can be used to compensate an interpleading plaintiff for costs and fees.  United States v. R.F. Ball Construction Co., Inc., 355 U.S. 587 (1958), United States v. Liverpool & London & Globe Insurance Co. Ltd., 348 U.S. 215 (1955).

The Supreme Judicial Court of Massachusetts in Nason v. Taylor, 351 Mass. 347 (1966) (*citing* R.F. Ball Construction and Liverpool & London), has held that the Court "had no power to allow (at least in an interpleader or similar proceeding), the deduction of attorney's fee or costs, the claim for which arose subsequent to the date when the tax lien was perfected." Nason, 351 Mass. at 348 (citing IRC §§ 6321, 6322, and 6323).  In the instant case, the claim for the plaintiff's attorney's fees arose after the foreclosure on the subject property, whereas, the United States had

---

[1] The United States claims an interest by virtue of Notices of Federal Tax Lien filed against Donald and Julie Michaelson, which have a balance due of $58,305.43 as of April 30, 2004.  In addition, Daniel Fleury has incurred federal income tax liabilities for the years 1995 through 2000.

The Town of Milford, named as a defendant in this action, has indicated that it does not claim an interest in the surplus funds.

perfected its liens long before the interpleader action. If the United States is entitled to payment of these funds, the amount due pursuant to the Notices of Federal Tax Lien far exceeds the value of the surplus fund, and the plaintiff is simply not entitled to reduce the surplus funds by its attorney's fees. See also United States v. State National Bank of Connecticut, 421 F.2d 519 (2d Cir. 1970); United States v. Morrison, 247 F.2d 285 (5th Cir. 1957); Hinkley & Donovan v. Paine, 424 F.Supp. 1013 (D.N.H. 1977) (federal rule applied to resolve conflict between interpleading plaintiff and state tax liens).

CONCLUSION

Plaintiff's motion to deposit should be allowed in part, and plaintiff should be ordered to deposit the entire surplus fund with the Clerk of this Court.[2]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Lydia D. Bottome
LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

__6/28/04  Lydia D. Bottome_____
```

---

[2] A proposed order is submitted with this memorandum.

Service List

Arnold Cohen
Bass, Doherty & Finks
40 Soldiers Field Place
Boston, Massachusetts 02135

Daniel L. Fleury
82 Blackstone Street
Mendon, Massachusetts 01756

Donald E. Michaelson
9 Fordham Drive
Milford, Massachusetts 01757

Julia P. Michaelson
9 Fordham Drive
Milford, Massachusetts 01757