IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP.,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DANIEL L. FLEURY, DONALD E.   )<br>MICHAELSON and JULIA P.   )<br>MICHAELSON, INDIVIDUALLY and   )<br>as TRUSTEES OF DJD REALTY TRUST,   )<br>UNITED STATES OF AMERICA,   )<br>DEPARTMENT OF INTERNAL REVENUE, )<br>and TOWN OF MILFORD COLLECTOR OF )<br>TAXES,   )<br>)<br>Defendants.   ) | Civil No. 04-cv-40060-FDS |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the plaintiff's motion to deposit funds is allowed in part, and the plaintiff shall deposit the entire surplus fund ($19,495.81) with the Clerk of the Court within ten days of the entry of this Order. The plaintiff's motion with respect to the payment if its fees and costs from the fund is denied without prejudice.

DATED:   This _____ Day of JULY, 2004.

_____
UNITED STATES DISTRICT JUDGE