IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP.,[1] ) | |
| ) | |
| Plaintiff, ) | Civil No. 04-cv-40060-FDS |
| ) | |
| v. ) | |
| ) | |
| DANIEL L. FLEURY, DONALD E. ) | |
| MICHAELSON and JULIA P. ) | |
| MICHAELSON, INDIVIDUALLY and ) | |
| as TRUSTEES OF DJD REALTY TRUST, ) | |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF INTERNAL REVENUE, ) | |
| and TOWN OF MILFORD COLLECTOR OF ) | |
| TAXES,[2] ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' STATEMENT PURSUANT TO DISTRICT OF
MASSACHUSETTS LOCAL RULE 16.1(D)

Pursuant to the Court's Notice of Scheduling Conference, the United States submits the following statement:[3]

---

[1] Plaintiff Apex Mortgage, Inc. has paid the surplus proceeds to the Court and has been released from this proceeding. If a determination is made that the United States has no interest in the funds at issue in this proceeding, or that its interest does not exhaust the surplus fund, the plaintiff may be entitled to the payment of attorneys' fees from the surplus. As a result, counsel for the United States has communicated with counsel for the plaintiff and agreed to provide notification to the plaintiff of the final result in this matter.

[2] Defendant Town of Milford Tax Collector has disclaimed an interest in the funds at issue in this proceeding.

[3] The United States sent a draft of this document to each named defendant on September 23, 2004. Defendant Donald Michaelson left a voice mail message for counsel for the United States on September 28, 2004. Counsel for the United States left a responsive voice mail message for Mr. Michaelson, but has not received a return phone call or voice mail message to date. Because this Statement must be filed today, the United States submits this statement on its own behalf.

1. At issue in this proceeding is the relative priority to $19,495.81 in surplus funds generated from the sale of real property located at 44 Green Street, Milford, Massachusetts. At the time the property was sold, it was held in the names of Daniel Fleury, Donald E. Michaelson, and Julia F. Michaelson as Trustees of DJD Realty Trust. The United States claims an interest in the funds by virtue of Notices of Federal Tax Lien filed against Donald and Julie Michaelson, which have a balance due of $58,305.43 as of April 30, 2004. In addition, the United States claims an interest with respect to Daniel Fleury's interest in the property by virtue of Mr. Fleury's incurrence of federal income tax liabilities for the years 1995 through 2000.

2. Daniel Fleury, Donald Michaelson, and Julia Michaelson claim that the property which was sold was owned by the DJD Realty Trust and that their claim to an interest in the surplus proceeds is solely by virtue of their positions as Trustees of the DJD Realty Trust. The United States believes that these individuals will further assert that, to the extent there are proceeds remaining from the sale of this property, the proceeds should be paid to the DJD Realty Trust, or its beneficiaries.

3. As a result, discovery is needed to determine whether the federal tax liens securing payment of the tax liabilities of Daniel Fleury, Donald Michaelson, and Julia Michaelson attach to the proceeds at issue in this proceeding, to determine whether the DJD Realty Trust is a valid

        trust, and to determine whether, if it is, the beneficiaries of the DJD Realty Trust have priority over the federal tax liens.  The United States' proposes four months to complete discovery, or an end date of February 11, 2005.  Dispositive motions would be due one month later, or March 11, 2005, with responses to those motions due on April 1, 2005.

4. The parties will file separate certifications as required by Local Rule 16.1(d)(3).

DEFENDANTS:

UNITED STATES OF AMERICA,
By Its Attorney:


 /s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
United States Dept. of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

PRO SE:


_____     _____
DONALD E. MICHAELSON                     JULIA P. MICHAELSON
9 Fordham Drive                          9 Fordham Drive
Milford, Massachusetts 01757             Milford, Massachusetts 01757



_____
DANIEL J. FLEURY
82 Blackstone Street
Mendon, Massachusetts  01756

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Statement Pursuant to Rule 16 has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 4th day of October, 2004:

>Donald Michaelson
>9 Fordham Drive
>Milford, Massachusetts 01757
>
>Julia Michaelson
>9 Fordham Drive
>Milford, Massachusetts 01757
>Daniel Fleury
>82 Blackstone Street
>Mendon, Massachusetts  01756

>/s/ Lydia Bottome Turanchik
>LYDIA BOTTOME TURANCHIK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6560