

Arnold E. Cohen, Esq.
Bass Doherty & Finks
40 Soldiers Field Place
Boston, MA    02135

This letter is a response to summons #04-0270A which we received on Feb. 19, 2004.

Answers to the complaint:

1. True, to the best of my knowledge

2. True, to the best of my knowledge

3. True, to the best of my knowledge

4. True, to the best of my knowledge

5. True, to the best of my knowledge

6. True, to the best of my knowledge

7. True, to the best of my knowledge

8. True, to the best of my knowledge

9. True, to the best of my knowledge

10. The Internal Revenue Service has wrongly placed a lien on DJD Realty Trust. The Internal Revenue Service has alien against Donald E. Michaelson, Sr. and Julia P. Michaelson.

11. Unknown to me at this time

12. True, to the best of my knowledge.
13. By virtue of the structure of DJD Realty Trust, xxxxx any surplu proceeds must go to the beneficiaries, Donald E. Michaelson, Jr., Damon J. Michaelson, and
Nancy Fleury.


_Donald E. Michaelson_                _Julia P. Michaelson_

Donald E. Michaelson, Sr.             Julia P. Michaelson