IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP.,<br>Plaintiff,<br><br>v.<br><br>DANIEL L. FLEURY, DONALD E. MICHAELSON and JULIA P. MICHAELSON, INDIVIDUALY and as TRUSTEES OF DJD REALTY TRUST, UNITED STATES OF AMERICA, DEPARTMENT OF INTERNAL REVENUE, and TOWN OF MILFORD COLLECTOR OF TAXES,<br><br>Defendants. | Civil No. 04-cv-40060-FDS |

## DISCLAIMER OF TOWN OF MILFORD COLLECTOR OF TAXES

Now comes the Town of Milford, Collector of Taxes, by its attorney and hereby informs this Honorable Court that it disclaims any interest in the surplus fund of $19,495.81, which is the subject of these proceedings. The underlying real estate was once in tax title but that tax title was redeemed in full and any further taxes that might be outstanding constitute a lien against the land with no need for any claim against the aforesaid sum.

Dated: This 13th day of October, 2004.

TAX COLLECTOR
TOWN OF MILFORD
BY HER ATTORNEY

Gerald M. Moody
Town Counsel
Town Hall – 52 Main Street
Milford, MA 01757
Tel.: (508) 634-2302
BBO# 352380