UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| APEX MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04-40060-FDS |
| DANIEL L. FLEURY, DONALD E. ) | |
| MICHAELSON and JULIA P. MICHAELSON, ) | |
| INDIVIDUALLY and as TRUSTEES OF DJD ) | |
| REALTY TRUST, UNITED STATES OF ) | |
| AMERICA, INTERNAL REVENUE ) | |
| SERVICE, and TOWN OF MILFORD ) | |
| COLLECTOR OF TAXES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**SAYLOR, J.**

This is an interpleader action. On June 14, 2004, plaintiff Apex Mortgage Corp. filed a motion for an order authorizing it to deposit into the court certain surplus funds it acquired after foreclosing on a mortgage, less $2,382.89 to cover its attorney's fees and costs incurred in connection with this action. On June 28, 2004, the United States filed a limited opposition to the motion, asserting that Apex's request for attorney's fees and costs was premature and should be denied until the court determined the rights of the parties to the funds.

On June 29, 2004, the court granted Apex's motion in part, and ordered it to deposit the entire $19,495.81 in surplus funds with the clerk of the court. The portion of Apex's motion requesting payment of its attorney's fees and costs was denied without prejudice.

The June 29, 2004 Order did not permit Apex to withdraw from the case. The United

States has indicated it has a federal tax lien on the surplus funds that, if proven, would take priority over Apex's claim for its attorney's fees and costs.  If the United States' claim to the surplus funds fails, or does not exhaust the entire fund, Apex may be entitled to payment of its attorney's fees and costs.  To preserve that claim, Apex must remain in the action until the United States' interest is determined.  Should Apex desire to be dismissed at this juncture, despite its potential claim, it should so advise the court forthwith.  Otherwise, Apex shall remain a party to this action.

In the interest of minimizing Apex's future attorney's fees and costs, the court will entertain reasonable requests to excuse Apex from court appearances where its presence is not necessary.  Such requests shall be made to the clerk of the court at least 48 hours in advance of any scheduled court appearance.

**So Ordered.**

    /s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: October 15, 2004