UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL L. FLEURY, DONALD E. )<br>MICHAELSON and JULIA P. MICHAELSON, )<br>INDIVIDUALLY and as TRUSTEES OF DJD )<br>REALTY TRUST, UNITED STATES OF )<br>AMERICA, INTERNAL REVENUE )<br>SERVICE, and TOWN OF MILFORD )<br>COLLECTOR OF TAXES, )<br>)<br>Defendants. ) | Civil Action No.<br>04-40060-FDS |

### ORDER

**SAYLOR, J.**

Defendant Daniel F. Fleury has failed to file an answer or other responsive pleading as required by the Federal Rules of Civil Procedure. Fleury also failed to appear at the October 12, 2004 scheduling conference, despite receiving notice of the conference from the Court and counsel for the United States. Accordingly, Fleury is hereby ORDERED to plead or otherwise defend against this action within fourteen days of the date of this order or he shall be defaulted pursuant to Fed. R. Civ. P. 55(a).

**So Ordered.**

                                                                   /s/ F. Dennis Saylor
                                                                   F. Dennis Saylor IV
                                                                   United States District Judge

Dated: October 15, 2004