UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APEX MORTGAGE CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL L. FLEURY, DONALD E. )<br>MICHAELSON and JULIA P. MICHAELSON, )<br>INDIVIDUALLY and as TRUSTEES OF DJD )<br>REALTY TRUST, UNITED STATES OF )<br>AMERICA, INTERNAL REVENUE )<br>SERVICE, and TOWN OF MILFORD )<br>COLLECTOR OF TAXES, )<br>)<br>Defendants. ) | Civil Action No.<br>04-40060-FDS |

## NOTICE OF DEFAULT

Upon failure of the Defendant, Daniel L. Fleury, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure and for failing to follow this courts order, dated 10/15/04, to so plead by 10/29/04, notice is hereby given that the defendant has been defaulted this 19th day of November 2004.

TONY ANASTAS, CLERK

By: /s/ Martin Castles
Deputy Clerk