IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| APEX MORTGAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 04-40060- FDS |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL L. FLEURY, DONALD E. | ) | |
| MICHAELSON and JULIA P. | ) | |
| MICHAELSON, INDIVIDUALLY and | ) | |
| as TRUSTEES OF DJD REALTY TRUST, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF INTERNAL | ) | |
| REVENUE, and TOWN OF MILFORD | ) | |
| COLLECTOR OF TAXES, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREEMENT FOR JUDGMENT

Defendants United States of America, Donald E. Michaelson, Julia

P. Michaelson, and Plaintiff Apex Mortgage hereby agree that an order

may be entered as follows:

1.    On June 29, 2004, plaintiff Apex Mortgage was ordered to

deposit surplus funds with the Court in the amount of

$19,495.81.

2.    On October 15, 2004, defendant Town of Milford Collector of

Taxes filed a disclaimer of interest in this matter on October

15, 2004.

3.    On November 19, 204, a Notice of Default was entered

against defendant Daniel Fleury.

4.    As a result, the only remaining parties claiming an interest in the proceeds are the United States of America, Donald Michaelson, and Julia Michaelson.

5.    The remaining parties hereby agree that the United States is entitled to priority over all other claimants to those surplus funds in the amount of $19,495.81, plus any interest which may have accrued.

6.    As a result, those funds shall be paid by the Court to the United States, and shall be applied against Donald and Julia Michaelson's federal income tax liabilities.

FOR PLAINTIFF APEX MORTGAGE:

ARNOLD COHEN, ESQ.
Bass, Doherty & Finks
40 Soldiers Field Place
Boston, Massachusetts 02135

FOR THE UNITED STATES:

LYDIA BOTTOME TURANCHIK
Trial Attorney
Tax Division, U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

PRO SE:

DONALD E. MICHAELSON
9 Fordham Drive
Milford, Massachusetts 01757

JULIA P. MICHAELSON
9 Fordham Drive
Milford, Massachusetts 01757

IT IS SO ORDERED.

DATED:    This _____ Day of ~~March~~ April, 2005.

_____
UNITED STATES DISTRICT JUDGE